**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00295-CMA-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Bryce WILHITE,

    Defendant.

---

**ORDER REGARDING RELEASE OF INFORMATION TO THE COLORADO
DEPARTMENT OF HUMAN SERVICES**

---

THIS MATTER is before the Court upon request by the probation officer (Doc. # 428).  HAVING considered the probation officer's report, the Court

    ORDERS the authorization of the U.S. Probation Office to communicate with and the release of records to the Colorado Department of Human Services with

<u> X  </u>  regard to the safety of the defendant's minor child.

    DENIES the probation officer's request to release information to the Colorado

<u>    </u>  Department of Human Services.

DATED:  June 21, 2022

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge