IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00295-CMA-7

UNITED STATES OF AMERICA,

  Plaintiff,

v.

**7. BRYCE WILHITE,**

  Defendant.

---

### SENTENCING STATEMENT
---

  The Defendant Bryce Wilhite, by and through his counsel Andres R. Guevara, of the Law Office of Andres R. Guevara, hereby files this Sentencing Statement in compliance with the Court's orders.  (ECF. No. 445).  Mr. Wilhite states as follows:

  1. During his probation revocation hearing, currently set for May 11, 2023 at 2:00 p.m., Mr. Wilhite intends to admit the allegations as contained in the Petition for Warrant on Person Under Supervision (ECF. No. 433).

  2. Mr. Wilhite, with the assistance of counsel, has reviewed the Supervised Release Violation Report filed by United States Probation Officer Troy Ruplinger (ECF. No. 446) and has no additions or corrections to said document.

  3. As it relates to Mr. Wilhite's position on sentencing, Mr. Wilhite agrees with the Department of Probation's guideline calculation of eight to fourteen months.  (ECF. 446, page 4).   Mr. Wilhite respectfully requests a sentence at the bottom of the guideline range, or eight months.  Regarding the violations, Mr. Wilhite admits that he was in possession of a firearm and explains that he felt threatened and afraid for his life from gang members and he had a firearm for protection. Mr. Wilhite has been

concerned with threats to his and his twin brother's life for years.  In 2021, Mr. Wilhite's brother was ambushed and shot (he survived) after leaving a faculty (the Independence House) where he was being drug tested.

4. Regarding his use of controlled substances, Mr. Wilhite agrees with the probation report that he used drugs after his eighteen-month-old son died from a fentanyl overdose.  The incident occurred when his son was playing on the front yard of his residence at Colfax and Yosemite.  Everything was fine until later when his son became non-responsive and he rushed his son to the hospital where he was pronounced dead.  Because of the nature of their son's death, both Mr. Wilhite and his girlfriend were drug tested and the results were negative for drugs.  Mr. Wilhite suspects that his son picked up and ingested a discarded fentanyl pill from the lawn.  After the death, Mr. Wilhite became extremely depressed and despondent and attempted counseling with his girlfriend, who refused to attend with him.  Instead, Mr. Wilhite turned to drug use.

5. Prior to his arrest on his probation supervision, Mr. Wilhite and his girlfriend had another child and Mr. Wilhite is eager to return to his family to help provide for them.

WHEREFOR, Mr. Bryce Wilhite respectfully requests that the Court impose an eight-month prison sentence.

Dated:  May 3, 2023

    Respectfully submitted,

    ANDRES R. GUEVARA

Law Office of Andres R. Guevara

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Bryce Wilhite

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Bryce Wilhite