IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00295-CMA-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. BRYCE WILHITE,

    Defendant.

_____

### GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT
_____

    The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Dustin André-Vandenberg, respectfully submits this response to Defendant's sentencing statement (ECF 455) pursuant to the court's order. (ECF 445).

    The Government concurs with the Department of Probation's guideline calculation of eight to fourteen months. (ECF 446 at 4). The Government concurs with the Department of Probation's recommended sentence of 10 months. (ECF 446 at 4).

    Defendant's possession of a firearm while on supervised release is a serious violation. This possession, considering his consistent failures to abide by his release terms, justifies a meaningful sentence. While Defendant cites personal protection as the for his illegal firearm possession, the underlying conviction in this case is the use of a firearm in furtherance of a crime of violence, not defense. (ECF 446 at 1). Defendant's insistence on arming himself with deadly weapons indicates that the initial sentence of 20

months – well below the guideline of 84 months – was not sufficient to promote respect for the law, deter future misconduct, or protect the public under 18 U.S.C. § 3553(a).

The Department of Probation has gone to great lengths to provide Defendant every opportunity to succeed. (ECF 446 at 6). The Government sympathizes with Defendant. It is tragic that his son was a victim of a Fentanyl overdose. There is no doubt that this trauma changed Defendant. However, after this trauma, it appears that Defendant's justification for refusing counseling is his girlfriend refusing to attend with him. There is no reason Defendant could not attend counseling and receive treatment alone. Defendant's conditions of release were his personal responsibility. Despite extraordinary efforts of the Department of Probation, Defendant had the choice whether to comply with the Court's orders. Defendant did not do so. Instead, Defendant used illegal substances, required repeated intervention, and possessed a firearm illegally. (ECF 446 at 6). As such, the Defendant should be held accountable for his choices and sentenced to the recommended 10-month sentence.

Respectfully submitted this 4th day of May, 2023,

                    COLE FINEGAN
                    United States Attorney

                    By:  *s/Dustin André-Vandenberg*
                    DUSTIN ANDRE-VANDENBERG
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    E-mail: Dustin.Andre-Vandenberg@usdoj.gov
                    Attorneys for the United States